# EXHIBIT B

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by DigitalOcean*

# US Patent 7,398,298 Versus DigitalOcean (DigitalOcean Spaces)




https://web.archive.org/web/20211118061113/https://www.digitalocean.com/products/spaces/ Wayback archive 2021 version



EXHIBIT B

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by DigitalOcean*

# US Patent 7,398,298 Versus DigitalOcean (DigitalOcean Spaces)

## How to Manage Administrative Access to Spaces

Validated on 1 March 2021 • Posted on 19 June 2018

## Sharing Access to the Control Panel with Teams

DigitalOcean Teams, like Spaces access keys, allow members to create, manage, and destroy Spaces associated with the Team account using the control panel's web interface. Members can also create, delete, and regenerate access keys for Spaces.

However, unlike Spaces access keys, Members of a Team can also access other Team resources, like Droplets, Firewalls, and more.

https://web.archive.org/web/20210412074025/https://docs.digitalocean.com/products/spaces/how-to/manage-access/ Wayback archive 2021 version

## DigitalOcean Teams

Validated on 1 March 2021 • Posted on 19 June 2018

### Roles

Team members can have one of three roles: owner, biller, or member. Roles determine a user's level of access to a team's shared resources, billing information, and settings.

| Role | Shared Resources | Billing Information | Team Settings |
|---|---|---|---|
| **Owner** | Full access | Full access | Full access |
| **Biller** | View only | Full access | No access |
| **Member** | Full access | No access | No access |

https://web.archive.org/web/20210412000442/https://docs.digitalocean.com/products/accounts/teams/ Wayback archive 2021 version



EXHIBIT B

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by DigitalOcean*

| Claim 13 |
| --- |
| 13. A method for providing remote data directory structure management across at least one communications network comprising:<br>receiving at least one request by a computing application operating on a computer server over the communications network for remote management control of data directory structures from participating users offered through a computing device coupled to the communications network;<br>processing the request to provide the remote management control over the data directory structures by providing data directory structure information if deemed accessible from data stored in a profile store relating to the data and data directory structures accessible to each of the participating users, the profile data store being queried for the data directory structures accessible to each of the participating users, wherein a single directory structure from among a plurality of the data directory structures associated with the profile data store is selected by each of the participating users for modification;<br>delivering desired data and the remote management control over the desired data to identified delivery targets by the computing application over the communications network;<br>generating at least one notification of the delivery of the desired data to the identified delivery targets upon the delivery of the desired data to the identified delivery targets;<br>determining if user requested data is accessible based on the information in the profile data store; and<br>delivering the user requested data and sending a confirmation of the delivery. |



EXHIBIT B

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by DigitalOcean*

<table>
<tr><th>Claim 13</th><th></th></tr>
<tr><td>A method for providing remote data directory structure management across at least one communications network comprising:</td><td>

{DigitalOcean Spaces provided the recited remote data directory structure management. Spaces enabled users to remotely manage files and folder structures stored in Spaces buckets, while DigitalOcean Teams managed participating users and their assigned roles and permissions across the communications network.}

<h2>How to Manage Administrative Access to Spaces</h2>
Validated on 1 March 2021 • Posted on 19 June 2018

<h2>Sharing Access to the Control Panel with Teams</h2>

DigitalOcean Teams, like Spaces access keys, allow members to create, manage, and destroy Spaces associated with the Team account using the control panel's web interface. Members can also create, delete, and regenerate access keys for Spaces.

However, unlike Spaces access keys, Members of a Team can also access other Team resources, like Droplets, Firewalls, and more.

https://web.archive.org/web/20210412074025/https://docs.digitalocean.com/products/spaces/how-to/manage-access/ Wayback archive 2021 version

<h2>DigitalOcean Teams</h2>
Validated on 1 March 2021 • Posted on 19 June 2018

<h3>Roles</h3>

Team members can have one of three roles: owner, biller, or member. Roles determine a user's level of access to a team's shared resources, billing information, and settings.

<table>
<tr><th>Role</th><th>Shared Resources</th><th>Billing Information</th><th>Team Settings</th></tr>
<tr><td>Owner</td><td>Full access</td><td>Full access</td><td>Full access</td></tr>
<tr><td>Biller</td><td>View only</td><td>Full access</td><td>No access</td></tr>
<tr><td>Member</td><td>Full access</td><td>No access</td><td>No access</td></tr>
</table>

https://web.archive.org/web/20210412000442/https://docs.digitalocean.com/products/accounts/teams/ Wayback archive 2021 version

</td></tr>
</table>



EXHIBIT B

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by DigitalOcean*

## Claim 13

receiving at least one request by a computing application operating on a computer server over the communications network for remote management control of data directory structures from participating users offered through a computing device coupled to the communications network;

***{DigitalOcean performed the recited step. The DigitalOcean platform hosted on a server is an example of the recited computer server. The DigitalOcean Teams interface is an example of the computing application. Participating users sent requests through a computing device over the communications network to manage team membership.}***

S3-compatible object storage with a built-in CDN that makes scaling easy, reliable, and affordable.

**Designed for developers. Built for business.**

Spaces complements local and network storage to help your business scale.

https://web.archive.org/web/20211118061113/https://www.digitalocean.com/products/spaces/
Wayback archive 2021 version

# DigitalOcean Teams

Validated on 1 March 2021 • Posted on 19 June 2018

### Roles

Team members can have one of three roles: owner, biller, or member. Roles determine a user's level of access to a team's shared resources, billing information, and settings.

| Role | Shared Resources | Billing Information | Team Settings |
|---|---|---|---|
| **Owner** | Full access | Full access | Full access |
| **Biller** | View only | Full access | No access |
| **Member** | Full access | No access | No access |

https://web.archive.org/web/20210412000442/https://docs.digitalocean.com/products/accounts/teams/ Wayback archive 2021 version

## Add Team Members

Team owners can invite new members to a team.

1. From the control panel, in the **Account** section, click **Team**.
2. In the **Members** section, click **Invite Members**.
3. Enter the email addresses of the members you want to invite or click **Invite Gmail Contacts**, then click **Invite Team Members**.

The status of each invited member is listed in the **Members** section as either **Joined** or **Pending**. There is no limit to the number of members a team can have.

https://web.archive.org/web/20210412054325/https://docs.digitalocean.com/products/accounts/teams/quickstart/
Wayback archive 2021 version

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by DigitalOcean*

## Claim 13

receiving at least one request by a computing application operating on a computer server over the communications network for remote management control of data directory structures from participating users offered through a computing device coupled to the communications network;

***{DigitalOcean performed the recited step. The DigitalOcean platform interface received at least one request (e.g. "Web User Interface access"). The request was for remote management control of data directory structures as recited.}***

### How to Manage Administrative Access to Spaces

Validated on 1 March 2021 • Posted on 19 June 2018

### Sharing Access to the Control Panel with Teams

DigitalOcean Teams, like Spaces access keys, allow members to create, manage, and destroy Spaces associated with the Team account using the control panel's web interface. Members can also create, delete, and regenerate access keys for Spaces.

https://web.archive.org/web/20210412074025/https://docs.digitalocean.com/products/spaces/how-to/manage-access/ Wayback archive 2021 version

### DigitalOcean Teams

Validated on 1 March 2021 • Posted on 19 June 2018

#### Roles

Team members can have one of three roles: owner, biller, or member. Roles determine a user's level of access to a team's shared resources, billing information, and settings.

| Role | Shared Resources | Billing Information | Team Settings |
|---|---|---|---|
| Owner | Full access | Full access | Full access |
| Biller | View only | Full access | No access |
| Member | Full access | No access | No access |

https://web.archive.org/web/20210412000442/https://docs.digitalocean.com/products/accounts/teams/ Wayback archive 2021 version

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by DigitalOcean*

| Claim 13 | |
|---|---|
| processing the request to provide the remote management control over the data directory structures by providing data directory structure information if deemed accessible from data stored in a profile store relating to the data and data directory structures accessible to each of the participating users, | ***{DigitalOcean performed the recited step. The DigitalOcean platform processed the request to provide remote management control over the data directory structures by providing data directory structure information.}*** |

## How to Manage Administrative Access to Spaces

Validated on 1 March 2021 • Posted on 19 June 2018

## Sharing Access to the Control Panel with Teams

DigitalOcean Teams, like Spaces access keys, allow members to create, manage, and destroy Spaces associated with the Team account using the control panel's web interface. Members can also create, delete, and regenerate access keys for Spaces.

- **DigitalOcean Teams** allow Members to use the control panel, including creating and managing Spaces and Spaces access keys as well as other DigitalOcean resources (like billing information, Droplets, and more).

https://web.archive.org/web/20210412074025/https://docs.digitalocean.com/products/spaces/how-to/manage-access/ Wayback archive 2021 version

## DigitalOcean Teams

Validated on 1 March 2021 • Posted on 19 June 2018

### Roles

Team members can have one of three roles: owner, biller, or member. Roles determine a user's level of access to a team's shared resources, billing information, and settings.

| Role | Shared Resources | Billing Information | Team Settings |
|---|---|---|---|
| **Owner** | Full access | Full access | Full access |
| **Biller** | View only | Full access | No access |
| **Member** | Full access | No access | No access |

https://web.archive.org/web/20210412000442/https://docs.digitalocean.com/products/accounts/teams/ Wayback archive 2021 version

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by DigitalOcean*

| Claim 13 | |
|---|---|
| processing the request to provide the remote management control over the data directory structures by providing data directory structure information if deemed accessible from data stored in a profile store relating to the data and data directory structures accessible to each of the participating users, | ***{The recited requests were only processed if deemed accessible from data stored in the recited profile store. For example, only the Owner could invite users and edit their role of access to the platform through Member Profile.}*** <br><br> **DigitalOcean Teams** <br> Validated on 1 March 2021 • Posted on 19 June 2018 <br> **Roles** <br> Team members can have one of three roles: owner, biller, or member. Roles determine a user's level of access to a team's shared resources, billing information, and settings. <br><br> Role / Shared Resources / Billing Information / Team Settings <br> **Owner**: Full access / Full access / Full access <br> **Biller**: View only / Full access / No access <br> **Member**: Full access / No access / No access <br><br> https://web.archive.org/web/20210412000442/https://docs.digitalocean.com/products/accounts/teams/ Wayback archive 2021 version |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by DigitalOcean*

| Claim 13 | |
|---|---|
| the profile data store being queried for the data directory structures accessible to each of the participating users, | ***{The recited requests were only processed if deemed accessible from data stored in the recited profile store. For example, only the Owner could invite users and edit their role of access to the platform through Member Profile.}*** <br><br> **DigitalOcean Teams** <br> Validated on 1 March 2021 • Posted on 19 June 2018 <br> **Roles** <br> Team members can have one of three roles: owner, biller, or member. Roles determine a user's level of access to a team's shared resources, billing information, and settings. <br><br> Role \| Shared Resources \| Billing Information \| Team Settings <br> **Owner** \| Full access \| Full access \| Full access <br> **Biller** \| View only \| Full access \| No access <br> **Member** \| Full access \| No access \| No access <br><br> https://web.archive.org/web/20210412000442/https://docs.digitalocean.com/products/accounts/teams/ Wayback archive 2021 version |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by DigitalOcean*

| Claim 13 | |
|---|---|
| wherein a single directory structure from among a plurality of the data directory structures associated with the profile data store is selected by each of the participating users for modification; | ***{For DigitalOcean Teams, a single resource from among the plurality of available resources was selected by the Owner to manage and modify access for a participating user. The Owner could modify the selected resource by assigning or changing the user's role and permissions.}***<br><br>**DigitalOcean Teams**<br>Validated on 1 March 2021 • Posted on 19 June 2018<br>**Roles**<br>Team members can have one of three roles: owner, biller, or member. Roles determine a user's level of access to a team's shared resources, billing information, and settings.<br><br>Role / Shared Resources / Billing Information / Team Settings<br>Owner: Full access / Full access / Full access<br>Biller: View only / Full access / No access<br>Member: Full access / No access / No access<br><br>https://web.archive.org/web/20210412000442/https://docs.digitalocean.com/products/accounts/teams/ Wayback archive 2021 version<br><br>**Modify Team Roles**<br>Team owners can change the roles of other team members.<br>1. From the control panel, in the **Account** section, click **Team**.<br>2. In the **Members** section, click the **More** menu of the member you want to modify, then click **Change role**.<br>3. In the **Change role** menu, select the new role you want the member to have: owner, biller, or member.<br><br>https://web.archive.org/web/20210412054325/https://docs.digitalocean.com/products/accounts/teams/quickstart/ Wayback archive 2021 version |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by DigitalOcean*

<table>
<tr><th>Claim 13</th><th></th></tr>
<tr><td>delivering desired data and the remote management control over the desired data to identified delivery targets by the computing application over the communications network;</td><td>

***{DigitalOcean performed the recited step. Via the web user interface, the DigitalOcean platform delivered the desired data and the remote management control over the desired data as recited. Delivery targets were identified by the user having the Owner role.}***

DigitalOcean Teams<br>
Validated on 1 March 2021 • Posted on 19 June 2018<br>
Roles<br>
Team members can have one of three roles: owner, biller, or member. Roles determine a user's level of access to a team's shared resources, billing information, and settings.

<table>
<tr><th>Role</th><th>Shared Resources</th><th>Billing Information</th><th>Team Settings</th></tr>
<tr><td>Owner</td><td>Full access</td><td>Full access</td><td>Full access</td></tr>
<tr><td>Biller</td><td>View only</td><td>Full access</td><td>No access</td></tr>
<tr><td>Member</td><td>Full access</td><td>No access</td><td>No access</td></tr>
</table>

https://web.archive.org/web/20210412000442/https://docs.digitalocean.com/products/accounts/teams/<br>
Wayback archive 2021 version

Add Team Members<br>
Team owners can invite new members to a team.

1. From the control panel, in the Account section, click Team.<br>
2. In the Members section, click Invite Members.<br>
3. Enter the email addresses of the members you want to invite or click Invite Gmail Contacts, then click Invite Team Members.

The status of each invited member is listed in the Members section as either Joined or Pending. There is no limit to the number of members a team can have.

https://web.archive.org/web/20210412054325/https://docs.digitalocean.com/products/accounts/teams/quickstart/<br>
Wayback archive 2021 version
</td></tr>
</table>



EXHIBIT B

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by DigitalOcean*

| Claim 13 | |
|---|---|
| generating at least one notification of the delivery of the desired data to the identified delivery targets upon the delivery of the desired data to the identified delivery targets; | ***{DigitalOcean performed the recited step. When an Owner added a user, the Owner entered the user's email address, assigned one or more roles, and sent an invitation email to the user. The invitation email served as at least one alert indicating the delivery of the desired data (e.g., access to the web user interface).}***<br><br>**Add Team Members**<br><br>Team owners can invite new members to a team.<br><br>1. From the control panel, in the **Account** section, click **Team**.<br>2. In the **Members** section, click **Invite Members**.<br>3. Enter the email addresses of the members you want to invite or click **Invite Gmail Contacts**, then click **Invite Team Members**.<br><br>The status of each invited member is listed in the **Members** section as either **Joined** or **Pending**. There is no limit to the number of members a team can have.<br><br>https://web.archive.org/web/20210412054325/https://docs.digitalocean.com/products/accounts/teams/quickstart/ Wayback archive 2021 version |



EXHIBIT B

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by DigitalOcean*

<table>
<tr><th>Claim 13</th><th></th></tr>
<tr><td>generating at least one notification of the delivery of the desired data to the identified delivery targets upon the delivery of the desired data to the identified delivery targets;</td><td>

***{DigitalOcean performed the recited step. DigitalOcean's 2021 documentation showed that Team Owners could invite users by entering their email addresses and sending invitation emails. The August 2022 archived documentation showed the same "Invite Team Members" functionality. On information and belief, including the 2021 documentation establishing that this functionality existed during the patent term, the functionality reflected in the August 2022 documentation was also present during the patent term.}***




https://web.archive.org/web/20220809234302/https://docs.digitalocean.com/products/teams/how-to/create/ Wayback archive 2022 version
</td></tr>
</table>



EXHIBIT B

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by DigitalOcean*

**Claim 13**

determining if user requested data is accessible based on the information in the profile data store ;

***{DigitalOcean performed the recited step. The ability to enter Owner mode and edit users was determined based on the Owner access. For example, the Owner could invite and edit user roles.}***

## DigitalOcean Teams

Validated on 1 March 2021 • Posted on 19 June 2018

### Roles

Team members can have one of three roles: owner, biller, or member. Roles determine a user's level of access to a team's shared resources, billing information, and settings.

| Role | Shared Resources | Billing Information | Team Settings |
|---|---|---|---|
| Owner | Full access | Full access | Full access |
| Biller | View only | Full access | No access |
| Member | Full access | No access | No access |

https://web.archive.org/web/20210412000442/https://docs.digitalocean.com/products/accounts/teams/ Wayback archive 2021 version

## Invite Team Members

On the **Invite team members** page, you can invite users to join the new team.

Invite team members

Enter the addresses of the people you'd like to invite and we'll send them an email.

Invite Gmail Contacts

Type or paste email addresses here

Invite Team Members

*{DigitalOcean's 2021 documentation showed that Team Owners could invite users by entering their email addresses and sending invitation emails. The August 2022 archived documentation showed the same "Invite Team Members" functionality. Based on the 2021 documentation establishing that this functionality existed during the patent term, we believe, on information and belief, that the functionality reflected in the August 2022 documentation was also present during the patent term.}*

https://web.archive.org/web/20220809234302/https://docs.digitalocean.com/products/teams/how-to/create/ Wayback archive 2022 version

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by DigitalOcean*

<table>
<tr><th>Claim 13</th><th></th></tr>
<tr><td>delivering the user requested data and sending a confirmation of the delivery.</td><td>
{DigitalOcean performed the recited step. User-requested data such as the invitation to a participating user was delivered by the DigitalOcean Platform. The DigitalOcean Platform sent a confirmation of the delivery through the “Joined” or “Pending” status for the invited user.}
<h2>DigitalOcean Teams</h2>
Validated on 1 March 2021 • Posted on 19 June 2018
<h3>Roles</h3>
Team members can have one of three roles: owner, biller, or member. Roles determine a user’s level of access to a team’s shared resources, billing information, and settings.
<table>
<tr><th>Role</th><th>Shared Resources</th><th>Billing Information</th><th>Team Settings</th></tr>
<tr><td>Owner</td><td>Full access</td><td>Full access</td><td>Full access</td></tr>
<tr><td>Biller</td><td>View only</td><td>Full access</td><td>No access</td></tr>
<tr><td>Member</td><td>Full access</td><td>No access</td><td>No access</td></tr>
</table>
https://web.archive.org/web/20210412000442/https://docs.digitalocean.com/products/accounts/teams/<br>Wayback archive 2021 version
<h2>Add Team Members</h2>
Team owners can invite new members to a team.
<ol>
<li>From the control panel, in the Account section, click Team.</li>
<li>In the Members section, click Invite Members.</li>
<li>Enter the email addresses of the members you want to invite or click Invite Gmail Contacts, then click Invite Team Members.</li>
</ol>
The status of each invited member is listed in the Members section as either Joined or Pending. There is no limit to the number of members a team can have.
https://web.archive.org/web/20210412054325/https://docs.digitalocean.com/products/accounts/teams/quickstart/<br>Wayback archive 2021 version
</td></tr>
</table>



EXHIBIT B